UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ROE and ELIZABETH HALE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | No.  2:12-cv-03019-MCE-JFM<br><br><br><br>**ORDER** |

　　　　Presently before the Court is a motion by Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. ("Defendants") to dismiss the Complaint of Plaintiffs Ruth Roe and Elizabeth Hale ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 6.)  Defendants also filed a motion to strike portions of Plaintiffs' Complaint.  (ECF No. 8).

　　　　Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing on Defendants' motions was set for March 21, 2013.  To date, Plaintiffs have filed no opposition to Defendants' motions.  Given Plaintiffs' failure to file an opposition, Defendants' Motion to Dismiss (ECF No. 6) is GRANTED with leave to amend.

///

///

In light of the Court's decision to grant Defendants' Motion to Dismiss, Defendants' Motion to Strike (ECF No. 8) is DENIED as moot.

Plaintiffs may file an amended complaint, if they choose to do so, not later than twenty (20) days after the date this Order is filed electronically.  If no amended complaint is filed within said twenty-day period, the Court will dismiss this action with prejudice without further notice to the parties.

IT IS SO ORDERED.

DATED:  March 27, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE