UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHE ROE and ELIZABETH HALE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | No.  2:12-cv-03019-MCE-JFM<br><br><br><br>**ORDER** |

　　　　Plaintiffs Ruth Roe and Elizabeth Hale ("Plaintiffs") brought this action in state court against Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. ("Defendants") seeking redress for a litany of statutory and common law violations arising from the origination of their home mortgage and subsequent foreclosure proceedings.  (ECF No. 1.)  On December 14, 2012, Defendants removed the action to this Court on the basis of diversity jurisdiction.  (<u>Id</u>.)  On January 18, 2013, Defendants filed a Motion to Dismiss Plaintiffs' Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 6.)  Plaintiffs did not file an opposition or any other response to Defendants' Motion.  On March 28, 2013, the Court granted Defendants' Motion with leave to amend and directed Plaintiffs to file an amended pleading within twenty days.  (ECF No. 12.)

///

1

The Court explicitly admonished Plaintiffs that their failure to file an amended complaint in a timely manner will result in the dismissal of this action with prejudice without further notice to the parties. To date, Plaintiffs have not filed an amended complaint or any other response to the Court's prior Order.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may dismiss an action for plaintiff's failure to prosecute or comply with the court's orders. <u>Hells Canyon Preservation Council v. U.S. Forest Serv.</u>, 403 F.3d 683, 689 (9th Cir. 2005); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992). To date, Plaintiffs have had ample time to file an amended pleading and have not done so, despite having been warned of the consequences. Accordingly, pursuant to the Court's March 28, 2013 Order, this action will be DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

DATED: April 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT