1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

10

11

RUTH ROE and ELIZABETH HALE,

12          Plaintiffs,

13    vs.

14    BANK OF AMERICA, NATIONAL
ASSOCIATION; WELLS FARGO BANK
NATIONAL ASSOCIATION; and DOES 1
15    through 100, Inclusive,

16          Defendants.

17

Case No. 2:12-CV-03019-MCF-JFM

**ORDER GRANTING
DEFENDANTS' MOTION TO
EXPUNGE LIS PENDENS AND
AWARDING DEFENDANTS' FEES
AND COSTS**

Complaint Filed:     December 14, 2012
Trial Date:           None

18

19          Presently before the Court is Defendants Bank of America, N.A.'s (BANA) and Wells Fargo

20    Bank, N.A.'s (Wells Fargo) (collectively **defendants**) motion to expunge plaintiffs' lis pendens,

21    including a request of an award of defendants' costs and attorney's fees incurred in bringing that

22    motion, which Motion Plaintiffs have failed to oppose.  For the reasons set forth in Defendants'

23    papers, and due to the lack of any opposition, IT IS HEREBY ORDERED:

24          1.     Defendants' motion expunge *lis pendens* is GRANTED.

25          2.     The Notice of Lis Pendens recorded October 5, 2012 in the El Dorado County

26    Recorder's Office as Document Number 2012-0050989-00, as to the property located at 495

27    Lakeridge Court, Tahoma, California 96142, more completely described as follows:

28

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF EL DORADO, UNINCORPORATED, AND IS DESCRIBED AS FOLLOWS:

LOT 67 OF RUBICON PALISADES, FILED IN THE OFFICE OF THE COUNTY RECORDER, COUNTY OF EL DORADO, STATE OF CALIFORNIA ON APRIL 20, 1962 IN BOOK C OF MAPS AT PAGE 91

ASSESSORS PARCEL NO.: 016-512-02-100

is hereby ordered EXPUNGED from the public record.  This order may be recorded in the Official Records of Orange County as evidence of such expungement.

3.      Plaintiffs and Plaintiffs' counsel are jointly ordered to pay the sum of nine hundred and sixty dollars ($960.00) to defendants by check, cashier's check or money order made out to "Akerman Senterfitt LLP Client Trust Account" no later than November 17, 2013.

**IT IS SO ORDERED.**

**Dated:  October 8, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342