UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RUTH ROE and ELIZABETH HALE,<br><br>        Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; WELLS FARGO BANK NATIONAL ASSOCIATION; and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. 2:12-CV-03019-MCF-JFM<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE LIS PENDENS AND AWARDING DEFENDANTS' FEES AND COSTS**<br><br>Complaint Filed:    December 14, 2012<br>Trial Date:              None |

Presently before the Court is Defendants Bank of America, N.A.'s (BANA) and Wells Fargo Bank, N.A.'s (Wells Fargo) (collectively **defendants**) motion to expunge plaintiffs' lis pendens, including a request of an award of defendants' costs and attorney's fees incurred in bringing that motion, which Motion Plaintiffs have failed to oppose. For the reasons set forth in Defendants' papers, and due to the lack of any opposition, IT IS HEREBY ORDERED:

1.     Defendants' motion expunge *lis pendens* is GRANTED.

2.     The Notice of Lis Pendens recorded October 5, 2012 in the El Dorado County Recorder's Office as Document Number 2012-0050989-00, as to the property located at 495 Lakeridge Court, Tahoma, California 96142, more completely described as follows:

1
**ORDER**

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF EL DORADO, UNINCORPORATED, AND IS DESCRIBED AS FOLLOWS:

LOT 67 OF RUBICON PALISADES, FILED IN THE OFFICE OF THE COUNTY RECORDER, COUNTY OF EL DORADO, STATE OF CALIFORNIA ON APRIL 20, 1962 IN BOOK C OF MAPS AT PAGE 91

ASSESSORS PARCEL NO.: 016-512-02-100

is hereby ordered EXPUNGED from the public record. This order may be recorded in the Official Records of Orange County as evidence of such expungement.

3. Plaintiffs and Plaintiffs' counsel are jointly ordered to pay the sum of nine hundred and sixty dollars ($960.00) to defendants by check, cashier's check or money order made out to "Akerman Senterfitt LLP Client Trust Account" no later than November 17, 2013.

**IT IS SO ORDERED.**

**Dated: October 8, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT